MARIA GARDNER, Respondent, *v.* MARIA L. WINTERSON, Appellant, Impleaded with Others.

*Gardner* v. *Winterson*, 17 App. Div. 630, affirmed.
(Argued February 14, 1900; decided March 6, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 14, 1897, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*E. G. Bullard* for appellant.

*Joseph N. Tuttle* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: GRAY, O'BRIEN, HAIGHT, LANDON, CULLEN and WERNER, JJ. Not sitting, PARKER, Ch. J.

---

SOPHIA L. ROWE, Appellant, *v.* THE BROOKLYN LIFE INSURANCE COMPANY, Respondent.

*Rowe* v. *Brooklyn Life Ins. Co.*, 11 App. Div. 532, affirmed.
(Argued February 14, 1900; decided March 6, 1900.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 30, 1896, reversing a judgment in favor of plaintiff entered upon a decision of the court on trial without a jury, and granting a new trial.

*Louis C. Rowe* for appellant.

*William H. Ford* for respondent.

Order affirmed and judgment absolute ordered against plaintiff on the stipulation, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, LANDON, CULLEN and WERNER, JJ.